IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELVIN ORTIZ,<br>    Petitioner, | : | CIVIL ACTION |
| v. | : | |
| SURPERINTENDENT, SCI DALLAS, et al.<br>    Respondents. | : | NO. 11-5099 |

## ORDER

BERLE M. SCHILLER, J.

AND NOW, this 18 day of Feb, 2014, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, and the objections thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
BERLE M. SCHILLER, J.